U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JUN 16 2011

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**DAVID A. STEBBINS**                                                   **PLAINTIFF**

**vs.**                                 Civ. No. 11- 3042

**FRED KIRKPATRICK, IN HIS OFFICIAL CAPACITY AS**
**DISTRICT COURT JUDGE OF**                          **DEFENDANTS**
**BOONE COUNTY, ARKANSAS**

### MOTION FOR PRELIMINARY INJUNCTION AND
### EX PARTE MOTION FOR TEMPORARY INJUNCTION

Comes now Plaintiff David Stebbins, who hereby submits the following motion for a preliminary injunction and an *ex parte* motion for a temporary injunction until the Defendant has had an opportunity to respond to, and the court an opportunity to rule on, the motion for a preliminary injunction.

My trial date for the charge spoken of in Paragraph Two (2) of my complaint is currently scheduled for August 3, 2011. However, my rights are being violated in that I am not being appointed a public defender as is required under my Fourteenth Amendment right to due process.

To prevent this violation of my due process rights, I request a preliminary injunction staying the trial until this § 1983 action can be sorted out.

Furthermore, I request a temporary injunction doing the same thing until the Defendant has had an opportunity to respond to, and this court has an opportunity to rule on, the motion for a preliminary injunction.

Wherefore, I respectfully pray that both of these requests be granted.

David Stebbins
1407 N Spring Rd, APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com